**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00185-NRN

TRINCETOWN BROWN,

     Plaintiff(s),

v.

HURSH GROUP, LLC, a Colorado company,

     Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

Trincetown Brown          .

DATED at Glenside, Pennsylvania this 3rd day of May, 2026.

                Andrew Roman Perrong
                Name of Attorney

                Perrong Law LLC
                Firm Name
                2657 Mount Carmel Avenue
                Office Address
                Glenside, PA 19038
                City, State, ZIP Code
                215-225-5529
                Telephone Number
                a@perronglaw.com
                Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

<u>All Attorneys of Record, as per CM/ECF Email List</u>

<u>s/    Andrew Roman Perrong    </u>