IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 26-cv-00185-NRN                    Date:  May 4, 2026
Courtroom Deputy: Román Villa                    FTR:  Courtroom A401

_Parties:_                                                        _Counsel:_

  TRINCETON BROWN,                                    Andrew Perrong

      Plaintiff,

  v.

  HURSH GROUP, LLC,                                    Matthew Porter

      Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:01 a.m.    Court in session.**

Court calls case. Appearances of Counsel via video teleconference.

This matter is before the Court on Defendant's Motion to Dismiss the Class Action Complaint Under Rule 12(b)(6) (Dkt. #10).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED**:  Defendant's Motion to Dismiss the Class Action Complaint Under Rule 12(b)(6) (**Dkt. #10**) is **TAKEN UNDER ADVISEMENT**.

In the event the motion is denied, the court will promptly set a scheduling conference.

**10:26 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:25

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.