**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:26-cv-00185-NRN

TRINCETOWN BROWN,
individually and on behalf of all other similarly situated,

      Plaintiff,

v.

HURSH GROUP, LLC
a Colorado Company,

      Defendant.

---

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

Defendant Hursh Group LLC d/b/a Avid Demand ("Hursh"), through counsel, Gordon Rees Scully Mansukhani, LLP, respectfully submits this Notice of Supplemental Authority to apprise the Court of a recent decision bearing directly on the issues presented in Defendant's Motion for Summary Judgment.

On July 14, 2026, the United States Court of Appeals for the Seventh Circuit issued its opinion in *Seth Steidinger, et al. v. Blackstone Medical Services*, No. 25-2398 (7th Cir. July 14, 2026). In that decision, the court held that 47 U.S.C. § 227(c)(5) of the Telephone Consumer Protection Act ("TCPA") provides a private right of action for telephone calls, but not for text messages.

The Seventh Circuit's analysis is directly relevant here because Plaintiff alleges that Defendant violated § 227(c)(5) by sending text messages. This authority supports

Defendant's position that text messages do not constitute "telephone calls" within the meaning of § 227(c)(5) and, therefore, cannot serve as the basis for a private cause of action under that provision.

Defendant therefore submits this authority for the Court's consideration in connection with the pending motion to dismiss. A courtesy copy of the decision is provided for the Court's convenience.

Respectfully submitted, this 15th day of July 2026.

 /s/ Matthew C. Porter
Tamara A. Seelman
Matthew C. Porter
**GORDON REES SCULLY MANSUKHANI, LLP**
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
(303) 534-5160
tseelman@grsm.com
mporter@grsm.com

ATTORNEYS FOR DEFENDANT HURSH GROUP LLC, d/b/a AVID DEMAND

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of July 2026, a true and accurate copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record.

Avi R. Kaufman
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
(305) 469-5881
kaufman@kaufmanpa.com

Stefan Coleman
COLEMAN PLLC
18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
(877) 333-9427
law@stefancoleman.com

Andrew R. Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529
a@perronglaw.com

*Attorneys for Plaintiff and the putative Class*

Via electronic mail to:
Hursh Group, LLC.

*s/ Linda S. Montoya*

3