IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00185-NRN

TRINCETON BROWN, individually and on behalf of all other similarly situated,

Plaintiff,

v.

HURSH GROUP, LLC, a Colorado company,

Defendant.

---

JUDGMENT

---

Pursuant to and in accordance with the Order Granting Defendant's Motion to Dismiss the Class Action Complaint Under Rule 12(b)(6) (ECF No. 22) entered by Magistrate Judge N. Reid Neureiter, on September 28, 2026, it is hereby

ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE. It is further

ORDERED that final judgment is entered in favor of Defendant and against Plaintiff. It is further

ORDERED that Defendant shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is terminated.

DATED at Denver, Colorado, this 28th day of September, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: ______________________
H. Guerra, Deputy Clerk